```
                    UNITED STATES BANKRUPTY COURT
                     DISTRICT OF MASSACHUSETTS
                         CENTRAL DIVISION
```

_____

*In re*                                  }
                                         }     Chapter 13
SABA B. HASHEM                           }     Case No. 18-40021-EDK
    Debtor                               }

_____

**NOTICE OF APPEARANCE & REQUEST FOR SERVICE**

    William J. Amann, Esq. of BRAUCHER & AMANN, PLLC hereby gives notice of his Appearance on behalf of Stephen L. D'Angelo and the D'Angelo Law Group, LLC and requests that all notices given or required to be given and that all papers served or required to be served in this case be given and served upon the undersigned attorney.

                                    Respectfully submitted,
                                    Stephen L. D'Angelo
                                    By and through its attorneys,

Date: 1-10-18                            /s/ William J. Amann
                                    William J. Amann, Esq.
                                    BBO# 648511
                                    BRAUCHER & AMANN, PLLC
                                    65 Market Street
                                    Manchester, NH 03101
                                    603-486-1530
                                    wamann@ba-lawgroup.com

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the date indicated below, a copy of this Notice of Appearance was served upon the following parties either by ECF or U.S. Mail, pre-paid, first class postage.

Date: 1-10-18                    By: /s/ William J. Amann
                                                    William J. Amann, Esq.

**Michael B. Feinman**
Feinman Law Offices
Northmark Bank Building
69 Park Street
Andover, MA 01810

*Assistant U.S. Trustee*
**Richard King**
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

*Trustee*
**Denise M. Pappalardo**
P. O. Box 16607
Worcester, MA 01601