B2830 (Form 2830) (04/16)

# UNITED STATES BANKRUPTCY COURT

__Central__ District Of __Massachusetts__

In re __Saba B. Hashem__                Case No. __18-40021-EDK__
           Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☒   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: __318 Broadway, Methuen, MA 01844__

My current employer and my employer's address: __Durso & Jankowski Insurance__
__11 Saunders Street, North Andover, MA 01845__

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☒   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*   Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on __1-11-18__
          Date                                                       Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re:

SABA B. HASHEM,

Debtor

Chapter 13

Case No. 18-40021-EDK

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I, [We] Saba B. Hashem, hereby declare(s) under pains and penalty of perjury that all of the information contained in the Domestic Support Obligations [    page(s)] (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  1.11.18          _____/s/_____
                         Saba B. Hashem

Dated: _____        _____

## PART II -DECLARATION OF ATTORNEY

I declare under penalty of perjury that I have reviewed the above affiant's(s') declaration and the information is complete and correct to the best of my knowledge. The affiant(s) signed this form before I submitted the Document; I gave the affiant(s) a copy of the Document and this *DECLARATION* and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and the signature below constitutes a certification under Fed. R Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 1/11/18

_____
Michael B. Feinman, Esq.