# United States Bankruptcy Court
### District of Massachusetts

In re  **Saba B. Hashem**                                                                              Case No.   **18-40021-EDK**
                                         Debtor(s)                                                     Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **January 11, 2018**                       **/s/ Saba B. Hashem**
                                                  **Saba B. Hashem**
                                                  Signature of Debtor

Ahsley Hashem
6 Beechwood Drive
Methuen, MA 01844

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America
PO Box 15025
Wilmington, DE 19886-5222

Chris DiBella, Esq.
DiBella Law Office
45 Osgood Street
Methuen, MA 01844

Chris Maroun
33 Regency Place
North Andover, MA 01845

Citizen's Bank
1 Citizen's Drive
Riverside, RI 02915

Enterprise Bank
222 Merrimack Street
Lowell, MA 01852

Hiam Hashem
318 Broadway
Methuen, MA 01844

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jennifer Carrion
c/o Mernaysa Rivera-Bujosa, Esq.
C2 Shipway Place
Charlestown, MA 02129

Marc Middleton, Esq.
144 Merrimack Steet, Suite 306
Lowell, MA 01852

Michael Mimno, Esq.
305 North Main Street
Andover, MA 01810

Quicken Loans
635 Woodward
Detroit, MI 48226

Richard Dube, Jr.
R&M Dube Famil Trust
284 Main Street
Salem, NH 03079

Stephen L. D'Angelo
401 Andover Street
North Andover, MA 01845

StockCross
77 Summer Street
Boston, MA 02110

TD Ameritrade
PO Box 2270
Omaha, NE 68103-2270

William J. Amann, Esq.
Braucher & Amann
65 Market Street
Manchester, NH 03101