UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WORCESTER
BANKRUPTCY PETITION #: 18-40021

|  |  |
|---|---|
| Saba B. Hashem, | ) |
| Debtor | ) |
|  | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please enter my appearance as counsel for Creditor Jennifer M. Carrion in the above-referenced matter.

Respectfully Submitted,

/s/ Mernaysa Rivera-Bujosa
Mernaysa Rivera Bujosa, Esq. BBO #665965
Rivera-Bujosa Law, P.C.
Shipway Place, Suite C-2
Charlestown, MA 02129
P: (617) 398-6728
F: (617) 389-6730
E: mernaysa@riverabujosalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Mernaysa Rivera-Bujosa
Mernaysa Rivera Bujosa