U.S. Bankruptcy Court
District of Massachusetts

In Re:                                          Case No: 18-40021 EDK
                                                Chapter 13

Saba B. Hashem

       Debtor

Order of Dismissal

    Due to the failure of the Debtor to comply with the Court's Order of January 16, 2018, and the Debtor having failed to file the missing documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: February 13, 2018

_____
Bankruptcy Judge

cc:    Debtor
       Debtor's Attorney
       Trustee