**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Saba B Hashem<br>          Debtor, | Chapter: 13<br>Case No: 18–40021<br>Judge Elizabeth D. Katz |

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above **case** was entered on 2/13/18 .

Date:2/28/18                                                                                                    By the Court,

<u>Paula Fontaine</u>
Deputy Clerk
413–785–6906

23